# **<u>EXHIBIT B</u>**


A Subsidiary of RGS Energy Group, Inc.

October 24, 2008

Mr. Mark Barandy, Manager Compact Hydro USA
VA Tech Hydro Canada Inc.
115 Central Avenue
West Caldwell, NJ  07006
Office: (905) 643-5881
Fax:   (905) 643-7279
Email: mark.barandy@andritz.com; mcqmark@comcast.net

**RE:**   Rochester Gas & Electric Corporation
Station 2 Hydroelectric Expansion Project
Purchase Order 5000016885 Unit No. 2 Turbine-Generator Unit

Dear Mr. Barandy,

Rochester Gas and Electric Corporation (RGE) hereby submits written notification to VA Tech that effective immediately RGE is suspending its Station 2 Expansion project. Therefore, effective immediately, VA Tech shall cease all of its activities, as well as any activities of all VA Tech subcontractors and material suppliers for the manufacture and supply of the RGE Station 2 Unit No. 2 turbine-generator and associated equipment and systems that will or could add further cost to the project and subsequently to RGE.

In regard to the above mentioned purchase order, RGE desires to complete the detailed design only of the new unit and related structures and systems.  I will contact you soon to schedule a meeting to discuss this matter in detail.  RGE desires to hold that meeting within the next few business days.  Until that meeting, effective immediately, and until further notice is received from RGE, RGE directs VA Tech to stop incurring any additional cost for this project.

I can be contacted at (585) 724-8406 or via email jennifer.fichtner@energyeast.com.

Sincerely,


Jennifer Fichtner
Utility Shared Services

**XC:**   Paul Byron          paul.byron@andritz.com
Keith Pomeroy      keith.pomeroy@andritz.com
RGE Distribution