# EXHIBIT D



March 10, 2009

Rochester Gas & Electric Corporation
89 East Avenue
Rochester, NY 14649

Attention: Mr. Chris Calice

Ref:    Rochester Gas & Electric Corporation
        Station 2 Hydroelectric Expansion Project
        Purchase Order 5000016885 Unit No. 2 Turbine-Generator Unit
        Andritz Hydro Letter dated February 13, 2009

Dear Mr. Calice:

As supplemental information to our letter of February 13, 2009, please find attached additional evidentiary information regarding the materials on hand at our turbine manufacturing facilities related to work done for the Rochester Station 2 project.

Per your notification letter dated October 24, 2008 ANDRITZ HYDRO Canada (formerly VA TECH HYDRO Canada) immediately ceased all of its activities, as well as any activities of all ANDRITZ HYDRO subcontractors and material suppliers related to the manufacture and supply of the turbine-generator and associated equipment/systems for RGE Station 2 Unit No. 2.

The following is a presentation of the costs to RG&E incurred by ANDRITZ HYDRO Canada from the beginning of the contract up to October 24, 2008 (but not including costs associated with foreign currency hedging contracts):

| | |
|---|---:|
| Project Management & Manuals plus misc | $53,572 |
| Turbine | $708,434 |
| Generator | $466,454 |
| HPU | $0 |
| Controls | $98,140 |
| DT Liner + inlet flange + anchor bolts | $15,715 |
| **Total (US$)** | **$1,342,315** |

**ANDRITZ HYDRO Canada, Inc.**
115 Central Avenue
West Caldwell, NJ 07006 USA

Tel.: (973) 403-8210
Fax: (973) 403-7914
E-mail: mark.barandy@andritz-hydro.com



The above quantities can be further broken down as follows:

Project Management/Project Engineering – ANDRITZ HYDRO Canada Inc.

    Labor/Engineering (no material purchased)    100%

Turbine – ANDRITZ HYDRO

**Labor (Engineering, Purchasing, Contract Admin, etc.) including:**     41.1%

3D model for the CNC pattern manufacturing has been created

**Status:** The turbine design had been approx 95% completed prior to the suspension. The drawings have already been submitted as proof for the work.

**Material including:**

    58.9%

Runner Hub Pattern (see photo)
Runner Hub Rough Casting (see photo)
Welded Elements (see photo/documentation of Cut Sheet Metal)

Note the runner blades and wicket gates have not yet been cast

Generator Scope: Hyundai Ideal Electric

Labor

| | |
|---|---|
| Manufacturing - | 0.4% |
| Engineering - | 41.6% |

Material

| | |
|---|---|
| Issued for manufacturing - | 6.2% |
| Material received and not able to cancel – (castings and stator wire) | 16.8% |
| Waukesha Bearings cancellation charge - | 34.9% |

Attached are photos of the cast spider assembly and stator wire in our warehouse that has been received for this project.



Controls – North American Phoenix

| | |
|---|---|
| Labor | 95.7% |
| Other | 4.3% |

Note that the control scope effort had been primarily engineering and drawings. No materials or components had been purchased.

Draft Tube Liner – Formatech

Labor/Engineering (no material purchased)         100%

Note that the draft tube liner scope effort had been primarily engineering, purchasing and scheduling man-hours. No materials or components had been purchased.

We look forward to further discussions with you in the upcoming weeks regarding the on-going efforts at completing the remaining engineering.

*Please note that, effective January 1st, 2009, Andritz VA TECH Hydro has changed its name to ANDRITZ HYDRO.  Also note that my e-mail address has been changed to* mark.barandy@andritz-hydro.com.

Very truly yours,

**ANDRITZ HYDRO Canada Inc.**

Mark Barandy

cc          K. Pomeroy; ANDRITZ HYDRO Canada, Inc.
           P. Byron; ANDRITZ HYDRO Canada, Inc.





Runner Hub Pattern



Runner Hub Rough Casting



## Reisebericht

| Verfasser / Autor | Udo Langer | Projekt / Project | |
|---|---|---|---|
| Datum/ Datum | 26.11.08 | Rochester     Best.14045477 | |
| Lieferant/Supplier | Montavar | Teilnehmer / Participant | |
| Seite/ Page | 1 | Hr.Marcocic | |



Bild 1



Bild 2



Bild 3

1)   **Regulierring      1 Stück**
       ( Zchn Nr.  891068432 )neu
*Liefertermin lt. Bestellung 20.03.09*
neuer Liefertermin : nein
Bild 1

2)   **Innerer Ring     1 Stück**
       **zum Leitapparat**
       ( Zchn Nr.  891068431 )neu
*Liefertermin lt. Bestellung 20.03.09*
neuer Liefertermin : nein
Bild 2

3)   **Aeusserer Ring      1 Stück**
       **zum Leitapparat**
       ( Zchn Nr.  891068430 )neu
*Liefertermin lt. Bestellung 20.03.09*
neuer Liefertermin : nein
Bild 3

4)   **Laufradmantel    1 Stück**
       **2-tlg.**
       ( Zchn Nr.  891068428 )neu
*Liefertermin lt. Bestellung 20.03.09*
neuer Liefertermin : nein
Bild  4

Welded Elements photo/documentation of Cut Sheet Metal



## Reisebericht

| Verfasser / Autor | Udo Langer | Projekt / Project | |
|---|---|---|---|
| Datum/ Datum | 26.11.08 | Rochester   Best.14045477 | |
| Lieferant/Supplier | Montavar | Teilnehmer / Participant | |
| Seite/ Page | 2 | Hr.Marcocic | |



Bild 4

5)      **Laufradhaube    1 Stück**
        ( Zchn Nr.  891065864 )neu
*Liefertermin lt. Bestellung 20.03.09*
neuer Liefertermin : nein

**Bericht :**

Montavar hat die Auftragsbestätigung
am 25.11.08 von VATECH erhalten.
Das Material von der Laufradhaube ist
aus Edelstahl und noch nicht
angeliefert worden. Herr Marcocic
kümmert sich um den Liefertermin.
Sonst sind alle Blechteile vorhanden
und ausgebrannt.
Für folgende Bauteile ist noch kein
Auftrag erteilt worden!!
*Flansch      Zchn Nr 891025337*
*Rohrstück    Zchn Nr 891025339*
*Mannlochdeckel  Zchn Nr 891025357*

Als Anhang ein erster Terminplan von
Herrn Marcocic

Welded Elements photo/documentation of Cut Sheet Metal





Generator Spider Casting



Generator Spider Casting





Generator Stator Coil/Wire in Warehouse