# **EXHIBIT F**



**Hugo Carle**
ANDRITZ HYDRO
CANADA INC

p: +1 514 428 6837
m: +1450 577 5333
hugo.carle@andritz.com

Page: 1 (total 1)

November 4, 2019

**By Electronic Mail**

**Rochester Gas & Electric Corporation**
89 East Avenue
Rochester, NY 14649

Attention: David J. Kimiecik, Vice President – Energy Services

**Subject :**           **Request for confirmation**

REF 01 - General Terms and Conditions Station 2 New Unit Project, Supply Generating Unit dated February 5, 2008 ("Contract")
REF 02 - Rochester Gas & Electric Corporation Suspension letter dated October 24, 2008

Dear Mr. Kimiecik,

Following various exchanges between our respective representatives' and most recently a telephone conversation of September 3, 2019, Rochester Gas & Electric notified Andritz that the suspension order dated October 24, 2008 (REF 02) would not likely be lifted and this, despite various previous discussions to the contrary.

It is well over 10 years that this project has been suspended without any official position to either lift the suspension or terminate the Contract. As such, considering the repeated indications of the imminent suspension lift, Andritz kept the project active and rolled-over its obligations from year to year.

As you can appreciate, Andritz is requesting, within 10 days of receipt of the present, an official written position from Rochester Gas & Electric to either terminate the Contract or promptly lift the said suspension order.

In the event of silence or refusal on the part of Rochester Gas & Electric to provide such official position within such prescribed time, Andritz will deem the Contract terminated pursuant to Section 18 upon the expiration of the said prescribed time.

We trust that you understand our position and look forward to hearing from you.

Sincerely,

Hugo Carle
General Manager, Compact Hydro Division

ANDRITZ

ANDRITZ HYDRO Canada Inc / 6100 Trans-Canada Hwy / Pointe Claire QC  H9R 1B9 / Canada / p  +1 (514) 428 6700 / contact-hydro.ca@andritz.com / andritz.com
ANDRITZ HYDRO Canada Inc / 6100, aut Transcanadienne / Pointe-Claire QC  H9R 1B9 / Canada / p  +1 (514) 428 6700 / contact-hydro.ca@andritz.com / andritz.com