# EXHIBIT G



**Hugo Carle**
ANDRITZ HYDRO
CANADA INC

p: +1 514 428 6837
m: +1450 577 5333
hugo.carle@andritz.com

Page: 1 (total 1)

March 20, 2020

**By Electronic Mail**

**Rochester Gas & Electric Corporation**
89 East Avenue
Rochester, NY 14649

Attention: Carl Taylor, President and CEO

Subject:  **Termination for Convenience**

REF 01 - General Terms and Conditions Station 2 New Unit Project, Supply Generating Unit Dated February 5, 2008 ("Contract")
REF 02 - Rochester Gas & Electric Corporation Suspension Letter Dated October 24, 2008
REF 03 – Andritz Letter Dated November 4, 2019

Dear Mr. Taylor:

Reference is made to Andritz's letter dated November 4, 2019 (delivered and received on November 7, 2019 (REF 03)) wherein Andritz requested further update as to the status of the project and Rochester Gas & Electric's ("RG&E") suspension of the Contract between Andritz and RG&E. We have yet to receive any reply to our letter. We have also attempted to contact persons within RG&E numerous times to discuss this matter, to no avail.

As you know, this project and Andritz's Contract with RG&E have been suspended for more than 12 years now. The suspension period is far beyond any reasonable suspension and is far longer than could have reasonably been anticipated by Andritz when negotiating the Contract. Given this, that RG&E is still not moving forward with the Contract and has not even responded in any way to our last letter, Andritz considers (a) that the Contract is abandoned; (2) that RG&E has prevented Andritz from performing, which invokes the prevention doctrine; (3) that RG&E has breached the Contract provision stating that Andritz's performance would be governed by a time-is-of-the-essence provision, which RG&E has ignored; and (4) that RG&E is now liable for anticipatory repudiation. For all of these reasons, Andritz considers the Contract to have been terminated for convenience in accordance with the terms of the Contract.

As a result of the foregoing, we will be winding down the project and are herewith requesting RG&E to reimburse Andritz Hydro Canada the amount of **1,126,970.48** CAD as final termination costs, which include the costs incurred as a result of the Foreign Exchange fluctuations allocated to the Contract. (Details of these costs and the relevant backup is attached to this letter for your reference). Andritz has enclosed its invoice for this termination payment.

We trust that you understand our position, and we look forward to wrapping this matter up quickly and amicably.

Sincerely,

Hugo Carle
General Manager, Compact Hydro Division

ANDRITZ
ANDRITZ HYDRO Canada Inc. / 6100 Trans-Canada Hwy. / Pointe-Claire QC / H9R 1B9 / Canada / p: +1 (514) 428-6705 / contact-hydro.ca@andritz.com / andritz.com
ANDRITZ HYDRO Canada Inc. / 6100, aut Transcanadienne / Pointe-Claire QC  H9R 1B9 / Canada / p: +1 (514) 428-6705 / contact-hydro.ca@andritz.com / andritz.com

Rochester – Termination costs – November 2019

| Project No. | | Date: 08/02/2008 |
|---|---|---|
| Project Name | Rochester | |

| FX-Currency | USD |
|---|---|
| Hedged Rate | 1.01405 |

| Debitors | X |
|---|---|
| Creditors | |

| Finance Mgr. | Paul Byron |
|---|---|
| Project Mgr. | Stefan Kohnen |

| Tranche | USD | FX-Rate | CAD | Maturity | Sale/Purchase |
|---|---|---|---|---|---|
| 1 | -431,742.00 | 1.00324 | 433,140.84 | 3/14/2008 | Sale |
| 2 | -558,924.00 | 1.00715 | 562,920.31 | 8/14/2008 | Sale |
| 3 | -558,924.00 | 1.00876 | 563,820.17 | 10/15/2008 | Sale |
| 4 | -558,924.00 | 1.01361 | 566,530.96 | 4/30/2009 | Sale |
| 5 | -558,924.00 | 1.01508 | 567,352.57 | 6/30/2009 | Sale |
| 6 | -558,924.00 | 1.01580 | 567,755.00 | 7/30/2009 | Sale |
| 7 | -558,924.00 | 1.01657 | 568,185.37 | 8/31/2009 | Sale |
| 8 | -838,386.00 | 1.01730 | 852,890.08 | 9/30/2009 | Sale |
| 9 | -838,386.00 | 1.02128 | 856,226.85 | 3/30/2010 | Sale |
| Total | -5,462,058.00 | 1.01405 | 5,538,822.16 | | |

exercized   -1,549,590.00

Balance open   -3,912,468.00

## Rochester: Termination - Calculation of FX-Profit/Loss 10-01-2020

Rochester - Sales

|  | USD | rate | CAD | | |
|---|---|---|---|---|---|
| Total Hedge | -5,462,058.00 | 1.01405 | 5,538,822.15 (hedged fx-rate) | Date Cancellation | 1/10/2020 |
| Hedges Outstanding | -3,912,468.00 | | | USD/CAD | 1.3021 |
| Account Balance | | | | | |
| Total Outstanding | -3,912,468.00 | 1.01405 | 3,967,454.10 (hedged fx-rate) | | |
| Cancellation | 3,912,468.00 | 1.30210 | -5,094,424.58 (Cancellation fx-rate) | | |
| FX-Gain/Loss | | | -1,126,970.48 | | |

**VATECHHYDRO** 

VA TECH Hydro GmbH - Penzinger Strasse 76, A-1140 Vienna

E-mail to: paul.byron@andritz.com
Company VA TECH Hydro Canada
944 South Service Road
ONTARIO  L8E 6A2
CANADA

**CONFIRMATION**

| | |
|---|---|
| Our transaction number: | 3003650/HY01 |
| Trader | AUER |
| Project | Rochester |
| 08.02.2008 15:45 | |

Agreement dated: 08.02.2008

**Foreign exchange (FX) Settlement**   Forward transaction

| | | Value date | Rate |
|---|---|---|---|
| Purchase | | | |
| USD | 431.742,00 | 14.03.2008 | 1,003240000 |
| Sale | | | |
| CAD | 433.140,84 | | |

Both Parties have agreed to use their Standard Settlement Instructions.

In case of any discrepancy please contact us within 48 hours (2 working days).

This confirmation is valid without signature.

Kind regards

**VATECH HYDRO** 

VA TECH Hydro GmbH Penzinger Strasse 76 A-1140 Vienna

E-mail to: paul.byron@andritz.com
Company VA TECH Hydro Canada
944 South Service Road
ONTARIO L8E 6A2
CANADA

| CONFIRMATION | |
|---|---|
| Our transaction number: | 3003651/HY01 |
| Trader: | AUER |
| Project: | Rochester |
| 08.02.2008 15.45 | |

Agreement dated  08.02.2008

**Foreign exchange (FX)**     Forward transaction
Settlement

| Purchase | | Value date | Rate |
|---|---|---|---|
| USD | 558,924.00 | 14.08.2008 | 1.007150000 |

| Sale | |
|---|---|
| CAD | 562,920.31 |

Both Parties have agreed to use their Standard Settlement Instructions.

In case of any discrepancy please contact us within 48 hours (2 working days)

This confirmation is valid without signature.

Kind regards

**VATECHHYDRO** 

VA TECH Hydro GmbH  Penzinger Strasse 76 A-1140 Vienna

E-mail to: paul.byron@andritz.com
Company VA TECH Hydro Canada
944 South Service Road
ONTARIO L8E 6A2
CANADA

**CONFIRMATION**

| | |
|---|---|
| Our transaction number: | 3003652/HY01 |
| Trader: | AUER |
| Project: | Rochester |
| 08.02.2008  15:45 | |

Agreement dated: 08.02.2008

**Foreign exchange (FX)**        Forward transaction
Settlement

| Purchase | | Value date | Rate |
|---|---|---|---|
| USD | 558,924.00 | 15.10.2008 | 1.008760000 |

| Sale | |
|---|---|
| CAD | 563,820.17 |

Both Parties have agreed to use their Standard Settlement Instructions.

In case of any discrepancy please contact us within 48 hours (2 working days).

This confirmation is valid without signature.

Kind regards

# VATECH HYDRO        ANDRITZ

VA TECH Hydro GmbH  Penzinger Strasse 76, A-1140 Vienna

**E-mail to: paul.byron@andritz.com**
Company VA TECH Hydro Canada
944 South Service Road
ONTARIO  L8E 6A2
CANADA

**CONFIRMATION**

Our transaction number:    3003653/HY01

Trader:    AUER

Project:
Rochester

08.02.2008  15:45

Agreement dated:  08.02.2008

**Foreign exchange (FX)**         Forward transaction
Settlement

| Purchase | | Value date | Rate |
|---|---|---|---|
| USD | 558,924.00 | 30.04.2009 | 1.013610000 |

Sale
CAD    566,530.96

Both Parties have agreed to use their Standard Settlement Instructions.

In case of any discrepancy please contact us within 48 hours (2 working days).

This confirmation is valid without signature

Kind regards

# VATECHHYDRO 

VA TECH Hydro GmbH Penzinger Strasse 76 A-1140 Vienna

E-mail to: paul.byron@andritz.com
Company VA TECH Hydro Canada
944 South Service Road
ONTARIO L8E 6A2
CANADA

**CONFIRMATION**

| | |
|---|---|
| Our transaction number: | 3003654/HY01 |
| Trader: | AUER |
| Project | Rochester |
| 08.02.2008 15:45 | |

Agreement dated: 08.02.2008

**Foreign exchange (FX)**   Forward transaction
Settlement

| Purchase | | Value date | Rate |
|---|---|---|---|
| USD | 558,924.00 | 30.06.2009 | 1.015080000 |

| Sale | |
|---|---|
| CAD | 567,352.57 |

Both Parties have agreed to use their Standard Settlement Instructions.

In case of any discrepancy please contact us within 48 hours (2 working days).

This confirmation is valid without signature.

Kind regards



| | |
|---|---|
| VA TECH Hydro GmbH  Penzinger Strasse 76  A-1140 Vienna | **CONFIRMATION** |
| E-mail to: paul.byron@andritz.com<br>Company VA TECH Hydro Canada<br>944 South Service Road<br>ONTARIO L8E 6A2<br>CANADA | Our transaction number:  3003655/HY01<br><br>Trader:  AUER<br><br>Project:<br>Rochester<br><br>08.02.2008  15:46 |

Agreement dated: 08.02.2008

**Foreign exchange (FX)**     Forward transaction
Settlement

| | | | |
|---|---|---|---|
| Purchase | | Value date | Rate |
| USD | 558.924,00 | 30.07.2009 | 1,015800000 |
| Sale | | | |
| CAD | 567.755,00 | | |

Both Parties have agreed to use their Standard Settlement Instructions

In case of any discrepancy please contact us within 48 hours (2 working days).

This confirmation is valid without signature

Kind regards

# VATECH HYDRO          ANDRITZ

VA TECH Hydro GmbH Penzinger Strasse 76 A-1140 Vienna

E-mail to: paul.byron@andritz.com
Company VA TECH Hydro Canada
944 South Service Road
ONTARIO L8E 6A2
CANADA

**CONFIRMATION**

| | |
|---|---|
| Our transaction number: | 3003656/HY01 |
| Trader: | AUER |
| Project: | Rochester |
| | 08.02.2008 15:46 |

Agreement dated: 08.02.2008

**Foreign exchange (FX)**     Forward transaction
Settlement

| Purchase | | Value date | Rate |
|---|---|---|---|
| USD | 558,924.00 | 31.08.2009 | 1.016570000 |

| Sale | |
|---|---|
| CAD | 568,185.37 |

Both Parties have agreed to use their Standard Settlement Instructions.

In case of any discrepancy please contact us within 48 hours (2 working days).

This confirmation is valid without signature.

Kind regards

**VATECH HYDRO** 

VA TECH Hydro GmbH Penzinger Strasse 76 A-1140 Vienna

E-mail to: paul.byron@andritz.com
Company VA TECH Hydro Canada
944 South Service Road
ONTARIO  L8E 6A2
CANADA

| CONFIRMATION | |
|---|---|
| Our transaction number: | 3003657/HY01 |
| Trader: | AUER |
| Project | |
| Rochester | |
| 08.02.2008  15:46 | |

Agreement dated:  08.02.2008

**Foreign exchange (FX)**          Forward transaction
Settlement

| Purchase | | Value date | Rate |
|---|---|---|---|
| USD | 838.386,00 | 30.09.2009 | 1,017300000 |
| Sale | | | |
| CAD | 852.890,08 | | |

Both Parties have agreed to use their Standard Settlement Instructions

In case of any discrepancy please contact us within 48 hours (2 working days).

This confirmation is valid without signature.

Kind regards

**VATECH HYDRO**        **ANDRITZ**

VA TECH Hydro GmbH · Penzinger Strasse 76, A-1140 Vienna

E-mail to: paul.byron@andritz.com
Company VA TECH Hydro Canada
944 South Service Road
ONTARIO L8E 6A2
CANADA

| CONFIRMATION | |
|---|---|
| Our transaction number | 3003658/HY01 |
| Trader | AUER |
| Project | Rochester |
| 08.02.2008 15:46 | |

Agreement dated: 08.02.2008

**Foreign exchange (FX)**     Forward transaction
**Settlement**

| Purchase | | Value date | Rate |
|---|---|---|---|
| USD | 838.386,00 | 30.03.2010 | 1,021280000 |

| Sale | |
|---|---|
| CAD | 856.226,85 |

Both Parties have agreed to use their Standard Settlement Instructions.

In case of any discrepancy please contact us within 48 hours (2 working days).

This confirmation is valid without signature.

Kind regards



| | |
|---|---|
| ANDRITZ HYDRO GmbH, Eibesbrunnergasse 20, A-1120 Vienna | **CONFIRMATION** |
| **E-mail to: hedgeconfirmations@andritz.com**<br>ANDRITZ HYDRO Canada Inc<br>6100 Autoroute Transcanadienne<br>POINTE-CLAIRE  H9R 1B9<br>CANADA | Our transaction number:  3144409/5600<br>External ref.:         CANCEL 3143301<br>UTI:<br>Trader:                    AUER<br><br>Project:                   Rochester<br><br>08.01.2020  16:08 |

Agreement dated: 08.01.2020

**Foreign exchange (FX) (int.)**     Forward
Contract Settlement                         Activity transition

Purchase                                    Value date                 Rate
CAD           5.094.424,58         10.01.2020              1,302100000

Sale
USD           3.912.468,00

Both Parties have agreed to use their Standard Settlement Instructions.

In case of any discrepancy please contact us within 48 hours (2 working days).

This confirmation is valid without signature.

Kind Regards,


ANDRITZ HYDRO GmbH

System: P01;  Client 100; User VIEPET51; Release EA-FINSERV 618(750)



**Invoice to:**

Utility Shared Services - RG&E
Accounts Payable Department
70 Farm View Drive
New Glouch, ME  04250-5101

**Ship to:**

RG&E, Corporate Office
89 East Avenue,
Rochester, NY 14649-0001

| | INVOICE | |
|---|---|---|
| Invoice No. | 85CL202003001 | |
| Invoice Date | March 20, 2020 | |
| Customer PO No.: | 5000016885 | |
| Our Order No | 45127 | |

| Item | Description | Total |
|---|---|---|
| | **Station 2 New Project** | |
| | **Milestone Description:** | |
| | Issued to invoice for total cost due to Termination of project | 1,126,970.48 |

**TOTAL INVOICE CAD**    1,126,970.48

**Payment Terms:**   Within 30 days Due net

WIRE INSTRUCTIONS:
Royal Bank of Canada
90 Sparks Street, 2nd Floor
Ottawa, ON K1P 5T6
Bank 003, Transit 00006 Swift ROYCCAT2
Routing ABA 021000021 Account 1089630

Send Cheques to:
ANDRITZ HYDRO CANADA INC.
6100 Aut. Transcanadiene
Pointe-Claire, QC H9R 1B9
Canada

Invoice reference number
In case of wire transfer please use the following reference number   85CL202003001

**ANDRITZ HYDRO CANADA INC**
6100 Aut.Transcanadienne
Pointe-Claire, QC: H9R 1B9
Phone: 514-428-6700
www.andritz.com

GST 80110 2153 RT00001
QST 1214355864