UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANDRITZ HYDRO CANADA INC., the successor to
VA TECH HYDRO CANADA, INC.,

        Plaintiff,

vs.

ROCHESTER GAS & ELECTRIC CORPORATION,

        Defendant.

**CORPORATE DISCLOSURE**

Case No.:

---

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Andritz Hydro Canada Inc., the successor to VA Tech Hydro Canada, Inc. ("Andritz"), submits the following corporate disclosure statement:

1. Andritz Hydro Canada Inc. is 100% owned by Andritz AG. Andritz AG is an Austrian company that is publicly traded in the Vienna Stock Exchange.

Dated: Rochester, New York
       September 29, 2020

**PHILLIPS LYTLE LLP**

By   /s/ Chad W. Flansburg
Chad W. Flansburg, Esq.
Attorneys for Plaintiff
*Andritz Hydro Canada Inc*
28 East Main Street, Suite 1400
Rochester, New York  14614-1935
Telephone No. (585) 238-2000
cflansburg@phillipslytle.com

Doc #3324777