**AFFIDAVIT OF SERVICE**

INDEX #: 6:20-CV-06772-FPG
DATE FILED: 9/29/2020
ATTORNEY: PHILLIPS LYTLE LLP
28 EAST MAIN STREET SUITE #1400 ROCHESTER NY 14614 (585)758-2110

JOB #: 93993

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

ANDRITZ HYDRO CANADA INC., THE SUCCESSOR
TO VA TECH HYDRO CANADA, INC.,
Plaintiff(s)
- against -
ROCHESTER GAS & ELECTRIC CORPORATION
Defendant(s)

STATE OF NEW YORK:
COUNTY OF ALBANY:    ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **10/15/2020, 04:00PM** at **99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231**, deponent served a **CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH THE INDEX NUMBER AND DATE OF FILING ENDORSED THEREON WITH EXHIBITS** upon **ROCHESTER GAS AND ELECTRIC CORPORATION S/H/A ROCHESTER GAS & ELECTRIC CORPORATION**, a defendant in the above captioned matter.

Deponent served **SUE ZOUKY**, a person authorized by the **NEW YORK Secretary of State** to accept service of process, with **2 copies** of the above described papers and the statutory fee of **$40.00** pursuant to section **306** of the **NY BUSINESS CORPORATION LAW**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex **F**   Approximate age **56**   Approximate height **5'02"**   Approximate weight **140**   Color of skin **WHITE**   Color of hair **BROWN**

Sworn to before me on 10/16/2020
JILL DOCHERTY  NO. 01DO6373160
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON APRIL 2, 2022

x _S. Marie_
STEF MARIE

ALL NEW YORK PROCESS SERVERS, INC.
1 SOUTH WASHINGTON STREET SUITE #410 ROCHESTER, NY 14614 (585)423-9347