UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANDRITZ HYDRO CANADA INC., the successor to
VA TECH HYDRO CANANDA, INC.,

        Plaintiff,

vs.

ROCHESTER GAS & ELECTRIC CORPORATION,

        Defendant.

**NOTICE OF APPEARANCE OF COUNSEL**

Civil Action No.:
6:20-cv-06772-FPG

**To: The Clerk of the Court and all parties of record**

I am admitted to practice in this Court, and I appear in this case as counsel of record for defendant Rochester Gas and Electric Corporation.

Dated: November 20, 2020

WARD GREENBERG HELLER & REIDY LLP

By:    s/ Joshua M. Agins
      Joshua M. Agins, Esq.

1800 Bausch & Lomb Place
Rochester, New York  14604
Telephone:  (585) 454-0700
jagins@wardgreenberg.com

*Attorneys for defendant Rochester Gas and Electric Corporation*

TO:    PHILLIPS LYTLE LLP
        Chad W. Flansburg, Esq.
        28 East Main Street, Suite 1400
        Rochester, New York 14614
        Telephone No.: (585) 238-2000
        cflansburg@phillipslytle.com

        *Attorneys for plaintiffs*