UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANDRITZ HYDRO CANADA INC., the successor to
VA TECH HYDRO CANADA, INC.,

    Plaintiff,

v.

ROCHESTER GAS & ELECTRIC CORPORATION,

    Defendant.

---

**NOTICE OF APPEARANCE**

Civil Index No. 6:20-cv-06772

    **PLEASE TAKE NOTICE** that Tara M. Ward, Esq., an attorney at the law firm of Phillips Lytle LLP, hereby enters her appearance in this action as counsel of record for Andritz Hydro Canada, Inc., along with Chad Flansburg, Esq., and requests that all papers and electronic filings in this action also be served upon the undersigned electronically and/or at the post office address below.

Dated:  Rochester, New York
         November 20, 2020

PHILLIPS LYTLE LLP

By: /s/ Tara M. Ward
     Tara M. Ward, Esq.
Attorneys for Plaintiff
*Andritz Hydro Canada Inc.*
28 East Main Street, Suite 1400
Rochester, New York 14614-1935
Telephone No. (585) 238-2000
tward@phillipslytle.com

TO:    Joshua M. Agins (via CM/ECF)
        Ward Greenberg Heller & Reidy LLP
        1800 Bausch & Lomb Place
        Rochester, NY 14604
        585-454-0759
        jagins@wardgreenberg.com