UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANDRITZ HYDRO CANADA INC., the successor to
VA TECH HYDRO CANANDA, INC.,

               Plaintiff,

vs.

ROCHESTER GAS & ELECTRIC CORPORATION,

               Defendant.

**NOTICE OF APPEARANCE OF COUNSEL**

Civil Action No.:
6:20-cv-06772-FPG

**To: The Clerk of the Court and all parties of record**

    I am admitted to practice in this Court, and I appear in this case as counsel of record for defendant Rochester Gas & Electric Corporation.

Dated: November 24, 2020

WARD GREENBERG HELLER & REIDY LLP

By:    s/ Joseph G. Curran
       Joseph G. Curran, Esq.

1800 Bausch & Lomb Place
Rochester, New York 14604
Telephone: (585) 454-0700
jcurran@wardgreenberg.com

*Attorneys for defendant Rochester Gas & Electric Corporation*

TO:    PHILLIPS LYTLE LLP
         Chad W. Flansburg, Esq.
         28 East Main Street, Suite 1400
         Rochester, New York 14614
         Telephone No.: (585) 238-2000
         cflansburg@phillipslytle.com

         *Attorneys for plaintiffs*