UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANDRITZ HYDRO CANADA INC., the successor to
VA TECH HYDRO CANANDA, INC.,

        Plaintiff,

vs.

ROCHESTER GAS AND ELECTRIC CORPORATION,

        Defendant.

**CORPORATE DISCLOSURE STATEMENT**

Civil Action No.:
6:20-cv-06772-FPG

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Rochester Gas and Electric Corporation states that it is a wholly-owned subsidiary of Avangrid Networks, Inc., a corporation organized under the laws of the State of Maine. Avangrid Networks is a subsidiary of Avangrid, Inc., a corporation organized under the laws of the State of New York and publicly traded on the New York Stock Exchange.

Dated: August 12, 2021

        WARD GREENBERG HELLER & REIDY LLP

        s/Joshua M. Agins
        Joseph G. Curran
        Joshua M. Agins
        Michael J. Adams
        *Attorneys for Defendant*
        1800 Bausch & Lomb Place
        Rochester, New York 14604
        (585) 454-0700
        jcurran@wardgreenberg.com
        jagins@wardgreenberg.com
        madams@wardgreenberg.com