UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANDRITZ HYDRO CANADA INC., the successor to VA TECH HYDRO CANADA, INC.,

Plaintiff,

v.

ROCHESTER GAS & ELECTRIC CORPORATION,

Defendant.

**STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AND MOTION FOR ENTRY OF FINAL JUDGMENT**

Civil Action No.:
6:20-cv-06772-FPG

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Andritz Hydro Canada, Inc., the successor to VA Tech Hydro Canada, Inc. and Defendant Rochester Gas and Electric Corporation, through undersigned counsel, that the quasi-contract claims of implied-in-fact contract, unjust enrichment, and promissory estoppel, that are the third, fourth and fifth claims of the Complaint (Doc. # 1) (collectively, the "Peripheral Claims"), be DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and a settlement agreement reached by the parties All appearing parties, through their counsel, have signed this stipulation.

The settlement reached by the parties ("Settlement") does not resolve the breach of contract claim, the first claim of the Complaint, that was dismissed by the Decision and Order, dated July 21, 2021 (Doc. # 19) (the "Decision"). In order to permit Andritz to appeal the Decision to the extent it dismissed Andritz's purported claim for alleged breach of contract, Andritz respectfully requests, and RG&E does not oppose, that the Court enter final judgment with respect to the Peripheral Claims.

Dated: October __, 2022

| WARD GREENBERG HELLER & REIDY LLP | PHILLIPS LYTLE LLP |
|---|---|
| *signature* | *signature* |
| Joseph G. Curran<br>Joshua M. Agins<br>Attorneys for Defendant<br>*Rochester Gas and Electric Corporation*<br>1800 Bausch & Lomb Place<br>Rochester, New York 14604<br>Telephone No.: 454-0700<br>jcurran@wardgreenberg.com | Chad W. Flansburg<br>Attorneys for Plaintiff<br>*Andritz Hydro Canada Inc., successor to VA Tech Hydro Canada, Inc.*<br>28 E. Main Street, Suite 1400<br>Rochester, New York 14614<br>Telephone No. (585) 238-2000<br>cflansburg@phillipslytle.com |
| Dated: October 12, 2022 | Dated: October __, 2022 |

Doc #4359447