AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of NY

Andritz Hydro Canada, Inc., the successor to VA Tech Hydro Canada, Inc.,
*Plaintiff*
v.
Rochester Gas & Electric Corporation,
*Defendant*

Civil Action No. 20-CV-6772-FPG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: That Plaintiff's breach of contract and declaratory judgment claims be dismissed pursuant to the court's July 21, 2021 Decision & Order (ECF No. 19), and that Plaintiff's implied-in-fact contract, unjust enrichment, and promissory estoppel claims be dismissed with prejudice pursuant to the parties' stipulation of dismissal (ECF No. 30).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Frank P. Geraci, Jr. on a motion for dismissal and pursuant to the parties' stipulation of dismissal.

Date: 01/04/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*